## UNITED STATES of America, Plaintiff—Appellee,

v.

## Tomas OCHOA–RAMIREZ, Defendant—Appellant.

No. 08–10268.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed Feb. 26, 2009.

Nicole P. Savel, Esquire, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Jay Aaron Marble, Esquire, Federal Public Defender's Office, Tucson, AZ, for Defendant–Appellant.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Tomas Ochoa–Ramirez appeals from the 96–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute cocaine and possession with intent to distribute cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(ii)(II), and 846, and conspiracy to import and importation of cocaine, in violation of 21 U.S.C. §§ 952(a), 960(a)(1), (b)(1)(B)(ii), and 963. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Ochoa–Ramirez contends that the district court erred by denying his request for a mitigating role adjustment under U.S.S.G. § 3B1.2(b). We conclude that the district court did not clearly err. *See United States v. Cantrell*, 433 F.3d 1269, 1282–83 (9th Cir.2006); *see also United States v. Murillo*, 255 F.3d 1169, 1179 (9th Cir.2001).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.